IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09CV86-RLV-DSC

| | |
|---|---|
| KEIR MANUFACTURING, INC., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>KAMATICS CORPORATION, )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Stephen R. Risley]" (document #6) filed August 12, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 12, 2009

David S. Cayer
United States Magistrate Judge